UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JONATHAN BAEZ,

    Plaintiff,

v.

    Case No.:

BAY POOLS SERVICE & REPAIR, LLC
and PAUL S. COSTLOW, an individual,    State Court Case No.: 21-CC-107423

    Defendants.
_____/

## NOTICE OF REMOVAL

    Defendants, BAY POOLS SERVICE & REPAIR, LLC ("BPSR") and PAUL S. COSTLOW ("Mr. Costlow") (collectively, "Defendants"), by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby give notice of the removal to this Court of the above-styled case, previously filed in County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida as Case No.: 21-CC-107423. As grounds for this removal, Defendants state the following:

    1.    This civil cause of action was commenced in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida by the filing of a Complaint against Defendants, Case No. 21-CA-007478, on or about September 16, 2021.

1

2. On October 9, 2021, the Circuit Court entered an Order granting Plaintiff's Motion to Transfer the Action from Circuit Court to County Court on the basis that the Circuit Court did not have jurisdiction over Plaintiff's claim because his claim for damages does not exceed $30,000, exclusive of interest, fees, and costs. Accordingly, the case was transferred to County Court and assigned new Case No. 21-CC-107423.

3. Defendants were served with the Summons and Complaint on December 15, 2021 and the time within which Defendants are required by the law of the State of Florida to answer or otherwise plead has not yet expired. In accordance with Local Rule 1.06(b) and 28 U.S.C. § 1446(a), a complete copy of each paper docketed in the state court and all process, pleadings and orders served upon Defendants to date is attached as **Exhibit "A."**

4. In his complaint, Plaintiff asserts one count which consists of a claim for alleged overtime compensation pursuant to the federal Fair Labor Standards Act, 29 U.S.C. § 201, et. seq. ("FLSA") (See Complaint, ¶ 1, 6-26.)

5. Accordingly, the instant action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 1446(b), and may be removed to this Court by petition, pursuant to 28 U.S.C. § 1441, inasmuch as Plaintiff has alleged a cause of action arising under the laws of the United States.

6. Any civil action filed in state court may be removed by a defendant to federal court if the case could have been brought originally in federal court. See 28 U.S.C. § 1441(a).

7. Pursuant to 28 U.S.C. § 1441(a) and Local Rule 1.06(a), venue properly rests in the Tampa Division of the United States District Court for the Middle District of Florida, inasmuch as the instant action is being removed from the State Court where it was originally filed in the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

8. Written notice of the filing of the Notice of Removal will be promptly served on Plaintiff's counsel, and a copy will be promptly filed with the Clerk of the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing Defendants' Notice of Removal is attached hereto as **Exhibit "B."**

9. The right to remove this action has not been waived by the filing of any paper seeking affirmative relief from the State Court, and this Notice of Removal has been timely filed pursuant to 28 U.S.C. § 1446(b). Defendants have no knowledge of any other pleadings, orders or papers served in this action other than Exhibits attached hereto.

10. Pursuant to Rule 81(c)(2)(C), Fed. R. Civ. P., Defendants' response to Plaintiff's Complaint is due 7 days after the notice of removal is filed, or on or before January 11, 2022.

WHEREFORE, Defendants, BAY POOLS SERVICE & REPAIR, LLC and PAUL S. COSTLOW, respectfully request that this action be removed from the County Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. §§ 1331 and 1441.

Respectfully submitted this 4th day of January, 2022.

>Defendants,
>BAY POOLS SERVICE & REPAIR, LLC
>and PAUL S. COSTLOW, an individual
>By their attorneys,
>
>*Jessica M. Farrelly, Esq.*
>JESSICA M. FARRELLY
>Florida Bar No.: 103055
>FREEMAN MATHIS & GARY, LLP
>2502 N. Rocky Point Drive, Suite 860
>Tampa, Florida 33607
>Tel: (813) 774-6363
>Fax: (813) 868-7733
>jfarrelly@fmglaw.com
>kjones@fmglaw.com

19140675-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January, 2022, a true copy of the foregoing document has been provided by via e-mail and mailed a copy, postage prepaid, to plaintiff's attorneys of record in this case:

>Matthew K. Fenton, Esq.
>Wenzel Fenton Cabassa P.A.
>1110 N. Florida Avenue Suite 300
>Tampa, FL 33602-3343
>mfenton@wfclaw.com
>tsoriano@wfclaw.com

>*Jessica M. Farrelly, Esq.*
>Florida Bar No.: 103055
>Jessica.farrelly@fmglaw.com
>Attorney for Defendants

19140675-1